IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WOOD,<br><br>   Plaintiff,<br><br> v.<br><br>AEGIS WHOLESALE<br>CORPORATION et al.,<br><br>   Defendants. | NO. 1:09-CV-00536-AWI-GSA<br><br>ORDER VACATING<br>HEARING DATE OF<br>JUNE 1, 2009, AND TAKING<br>MATTER UNDER<br>SUBMISSION |

  Defendant MTC Financial, Inc., dba Trustee Corps has noticed for hearing and decision a motion to dismiss complaint against MTC Financial, Inc., dba Trustee Corps for failure to state a claim upon which relief may be granted. The matter was scheduled for hearing to be held on June 1, 2009. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than May 21, 2009. Plaintiff failed to do so.

  Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

///

1    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 1,
2    2009, is VACATED, and no party shall appear at that time. As of June 1, 2009, the court will
3    take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     May 22, 2009**                          **/s/ Anthony W. Ishii**
                                           CHIEF UNITED STATES DISTRICT JUDGE