**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY WOOD,              )<br>                                              )<br>                                              )<br>             Plaintiff,           )<br>                                              )<br>     v.                                  )<br>                                              )<br>AEGIS WHOLESALE CORPORATION, )<br>et al.,                                 )<br>                                              )<br>             Defendants.      )<br>_____) | NO. 1:09-CV-536-AWI-GSA<br><br>ORDER TO SHOW CAUSE FOR<br>PLAINTIFF'S FAILURE TO<br>PROSECUTE AS TO CERTAIN<br>DEFENDANTS |

      On March 9, 2009, Plaintiff Gregory Wood ("Wood") Plaintiff filed suit in the Superior Court of California, County of Stanislaus.  Defendant MTC Financial Inc., dba Trustee Corps ("MTC") removed the case to the Eastern District of California.  On March 30, 2009, the court issued an initial scheduling order that provided: "The Court is unable to conduct a scheduling conference until the defendant(s) has/have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims.  Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service."

      The March 30, 2009 order also provided: "Counsel are referred to Fed. R. Civ. P., Rule 4, regarding the requirement of timely service of the complaint.  Failure to timely serve summons

and complaint may result in the imposition of sanctions, including dismissal of unserved defendants." "It is the obligation of counsel for the plaintiff(s) to serve a copy of this Order on the defendant(s), or, if identified, on their counsel, **promptly** upon receipt of this Order, and to file an appropriate proof of such service with the Court, in compliance with Rule 5-135(a) of the Local Rules of Practice for the Eastern District of California."  Moreover, on March 30, 2009, Plaintiff was cautioned that failure to timely serve his summons and complaint upon the Defendants could result in the imposition of sanctions, including dismissal of unserved defendants.

It appears, however, that Plaintiff has not served his summons and complaint upon the following named Defendants:  AmericaOne, International Inc., ("AmericaOne"), Aegis Wholesale Corporation ("Aegis"), IndyMac Federal bank, FSB ("IndyMac"), CitiMortgage ("Citi"), T.D. Service Company ("T.D."), and Mortgage Electronic Registration Systems, Inc., ("MERS"), collectively ("Defendants").  Plaintiff has violated the court's March 30, 2009 order, Rule 4, and L.R. 5-135 because he has not timely filed proofs of service with respect to Defendants.  Plaintiff has ignored the court's order for over 3 months and has not filed any proofs of service with the court showing that he has served the Defendants.  Plaintiff is in violation of Rule 4(m)[1] because under the Rule, Plaintiff had until July 3, 2009, to serve the Defendants. Plaintiff is in violation of L.R. 5-135 because under the Local Rule, Plaintiff is required to effectuate service upon all parties of all documents submitted to the court.

Accordingly, the court will order Plaintiff to show cause why sanctions, including dismissal of the action, should not be entered against Plaintiff for violating the March 30, 2009 order, L.R. 5-135, Rule 4(m), for not diligently serving his summons and complaint against Defendants, and for not filing proofs of such service with the court.

---

[1] Rule 4(m) provides, "If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff showed good cause for the failure, the court must extend the time for service for an appropriate period."

2

## ORDER

For the reasons stated above, the court ORDERS that:

1. Plaintiff show cause why sanctions, including dismissal, should not be entered against Plaintiff and Plaintiff's attorney for failure to prosecute, for violating the March 30, 2009 court order, for failure to serve his complaint and summons on Defendants, for failure to promptly file the appropriate proofs of such service with the court, and for violation of L.R. 5-135 and Rule 4(m);

2. Plaintiff is forewarned that his entire action against Defendants will be dismissed for failure to obey a court order if Plaintiff fails to comply with this order in any way;

3. Plaintiff show cause in writing on or by July 22, 2009; and

4. A hearing on the order to show cause will be held on August 3, 2009 at 3:00 p.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:   July 10, 2009**          /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE